# IN THE SUPREME COURT OF THE STATE OF NEVADA

THERESA MARY AUSTIN, AS TRUSTEE OF THE THERESA MARY AUTSIN LIVING TRUST DATED MAY 4, 2000; KELLY GOODMAN; DANNY PRATER; LISA-HELEN STRASSER; LYLE DAMON AND KAREN D. DAMON AS TRUSTEES, OR THE SUCCESSOR TRUSTEE, OF THE LYLE DAMON AND KAREN D. DAMON TRUST UNDER TRUST AGREEMENT DATED APRIL 26, 2013,

Appellants,

vs.

SUN MESA, LLC; AND LANDMARK HOMES AND DEVELOPMENT, INC.,

Respondents.

No. 75957

FILED

SEP 10 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Elliott A. Sattler, District Judge
David Wasick, Settlement Judge
Maddox, Segerblom & Canepa, LLP
Burnham Brown
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947